**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CHRISTOPHER SCOTT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-379-G** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Plaintiff Christopher Scott filed this civil action and applied for leave to proceed *in forma pauperis*. On March 3, 2026, Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation (Doc. No. 4) recommending that Plaintiff's request for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Maxfield advised Plaintiff of his right to object to the Report and Recommendation by March 24, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed an objection to the Report and Recommendation or sought additional time to do so.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 4) in its entirety. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) is DENIED.

2

Plaintiff is advised that unless he pays the $405.00 filing fee in full to the Clerk of the Court within 21 days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 23rd day of April, 2026.

CHARLES B. GOODWIN
United States District Judge

2